ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Batir Partners JV | ) | ASBCA No. 64121 |
| | ) | |
| Under Contract No. FA4407-23-F-0117 | ) | |

APPEARANCE FOR THE APPELLANT:    Ms. Paula Price
    Managing Partner

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
    Air Force Deputy Chief Trial Attorney
    Isabelle P. Cutting, Esq.
    Sanique Balan, Esq.
    Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $17,440. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: July 24, 2025

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_____                      _____
MICHAEL N. O'CONNELL                           J. REID PROUTY
Administrative Judge                           Administrative Judge
Vice Chairman                                  Vice Chairman
Armed Services Board                           Armed Services Board
of Contract Appeals                            of Contract Appeals



I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 64121, Appeal of Batir Partners JV, rendered in conformance with the Board's Charter.

Dated: July 25, 2025


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2